EXHIBIT C

**P&M** **Pody&McDonald, PLLC**
1200 Fifth Avenue, Suite 1410, Seattle, WA 98101-3106
(206) 467-1559 ☐ fax (206) 467-4489 ☐ www.podymcdonaldlaw.com

*Dean H. Pody*                    *Patrick M. McDonald*                    *Marisa A. Bender*

January 6, 2017

Ioan I. & Nicoleta Soneriu
14520 - 16th Avenue W, #33-B
Lynnwood, WA 98087

Re: Greenbrooke II Condominium Association

Dear Mr. & Mrs. Soneriu:

This will acknowledge the Association's receipt of your recent payment in the amount of $1,662.28. Thank you. However, there is a remaining balance in the amount of $645.01, including the lien release recording cost, which must also be paid. Enclosed, for your review, is a copy of your updated homeowner assessment account ledger.

Please be advised that the Association has recorded a lien against your property. The lien will only be released upon payment of the full, remaining balance owed.

This letter pertains to collection of a debt and any information provided herein or obtained from you will be used for that purpose. I am acting as a debt collector for your Association.

Very truly yours,

Pody & McDonald, PLLC

Enclosure

cc: Greenbrooke II Condominium Association

Greenbrooke II #33/Soneriu
account

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | date | days | pymt rec'd | charges | atty fees/ costs | | balance | interest @12% | total |
| 2 | | | | | | | | | |
| 3 | 5/28/13 | | | $310.00 | | \1 | $310.00 | $0.00 | $310.00 |
| 4 | 5/28/13 | 0 | | | | | $310.00 | $0.00 | $310.00 |
| 5 | 5/28/13 | 0 | ($297.50) | | | | $12.50 | $0.00 | $12.50 |
| 6 | 5/1/14 | 338 | | $75.00 | | | $87.50 | $1.39 | $88.89 |
| 7 | 5/14/14 | 13 | | | | | $87.50 | $0.37 | $89.26 |
| 8 | 5/14/14 | 0 | ($75.00) | | | | $12.50 | $0.00 | $14.26 |
| 9 | 6/1/14 | 18 | | $75.00 | | | $87.50 | $0.07 | $89.34 |
| 10 | 6/10/14 | 9 | | | | | $87.50 | $0.26 | $89.60 |
| 11 | 6/10/14 | 0 | ($75.00) | | | | $12.50 | $0.00 | $14.60 |
| 12 | 7/7/14 | 27 | | $75.00 | | | $87.50 | $0.11 | $89.71 |
| 13 | 7/14/14 | 7 | | | | | $87.50 | $0.20 | $89.91 |
| 14 | 7/14/14 | 0 | ($75.00) | | | | $12.50 | $0.00 | $14.91 |
| 15 | 8/4/14 | 21 | | $75.00 | | | $87.50 | $0.09 | $89.99 |
| 16 | 8/14/14 | 10 | | | | | $87.50 | $0.29 | $90.28 |
| 17 | 8/14/14 | 0 | ($75.00) | | | | $12.50 | $0.00 | $15.28 |
| 18 | 9/8/14 | 25 | | $75.00 | | | $87.50 | $0.10 | $90.38 |
| 19 | 9/14/14 | 6 | | | | | $87.50 | $0.17 | $90.56 |
| 20 | 9/14/14 | 0 | ($75.00) | | | | $12.50 | $0.00 | $15.56 |
| 21 | 10/1/14 | 17 | | $75.00 | | | $87.50 | $0.07 | $90.63 |
| 22 | 10/14/14 | 13 | | | | | $87.50 | $0.37 | $91.00 |
| 23 | 10/14/14 | 0 | ($75.00) | | | | $12.50 | $0.00 | $16.00 |
| 24 | 11/2/14 | 19 | | $75.00 | | | $87.50 | $0.08 | $91.08 |
| 25 | 11/14/14 | 12 | | | | | $87.50 | $0.35 | $91.42 |
| 26 | 11/14/14 | 0 | ($75.00) | | | | $12.50 | $0.00 | $16.42 |
| 27 | 12/2/14 | 18 | | $75.00 | | | $87.50 | $0.07 | $91.50 |
| 28 | 12/14/14 | 12 | | | | | $87.50 | $0.35 | $91.84 |
| 29 | 12/14/14 | 0 | ($75.00) | | | | $12.50 | $0.00 | $16.84 |
| 30 | 1/1/15 | 18 | | $75.00 | | | $87.50 | $0.07 | $91.92 |
| 31 | 1/15/15 | 14 | | | | | $87.50 | $0.40 | $92.32 |
| 32 | 1/15/15 | 0 | ($75.00) | | | | $12.50 | $0.00 | $17.32 |
| 33 | 2/1/15 | 17 | | $75.00 | | | $87.50 | $0.07 | $92.39 |
| 34 | 2/15/15 | 14 | | | | | $87.50 | $0.40 | $92.79 |
| 35 | 2/15/15 | 0 | ($75.00) | | | | $12.50 | $0.00 | $17.79 |
| 36 | 3/1/15 | 14 | | $75.00 | | | $87.50 | $0.06 | $92.85 |
| 37 | 3/15/15 | 14 | | | | | $87.50 | $0.40 | $93.25 |
| 38 | 3/15/15 | 0 | ($75.00) | | | | $12.50 | $0.00 | $18.25 |
| 39 | 4/1/15 | 17 | | $75.00 | | | $87.50 | $0.07 | $93.32 |
| 40 | 4/15/15 | 14 | | | | | $87.50 | $0.40 | $93.73 |
| 41 | 4/15/15 | 0 | ($75.00) | | | | $12.50 | $0.00 | $18.73 |
| 42 | 5/1/15 | 16 | | $75.00 | | | $87.50 | $0.07 | $93.79 |
| 43 | 5/15/15 | 14 | | | | | $87.50 | $0.40 | $94.19 |
| 44 | 5/15/15 | 0 | ($75.00) | | | | $12.50 | $0.00 | $19.19 |
| 45 | 6/1/15 | 17 | | $75.00 | | | $87.50 | $0.07 | $94.26 |
| 46 | 6/15/15 | 14 | | | | | $87.50 | $0.40 | $94.67 |
| 47 | 6/15/15 | 0 | ($75.00) | | | | $12.50 | $0.00 | $19.67 |
| 48 | 7/1/15 | 16 | | $75.00 | | | $87.50 | $0.07 | $94.73 |
| 49 | 7/15/15 | 14 | | | | | $87.50 | $0.40 | $95.14 |
| 50 | 7/15/15 | 0 | ($75.00) | | | | $12.50 | $0.00 | $20.14 |
| 51 | 8/1/15 | 17 | | $75.00 | | | $87.50 | $0.07 | $95.21 |
| 52 | 8/15/15 | 14 | | | | | $87.50 | $0.40 | $95.61 |
| 53 | 8/15/15 | 0 | ($75.00) | | | | $12.50 | $0.00 | $20.61 |
| 54 | 9/1/15 | 17 | | $75.00 | | | $87.50 | $0.07 | $95.68 |
| 55 | 9/15/15 | 14 | | | | | $87.50 | $0.40 | $96.08 |
| 56 | 9/15/15 | 0 | ($75.00) | | | | $12.50 | $0.00 | $21.08 |
| 57 | 10/1/15 | 16 | | $75.00 | | | $87.50 | $0.07 | $96.15 |

Greenbrooke II #33/Soneriu
account

| # | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 58 | 10/15/15 | 14 | | | | | $87.50 | $0.40 | $96.55 |
| 59 | 10/15/15 | 0 | ($75.00) | | | | $12.50 | $0.00 | $21.55 |
| 60 | 11/1/15 | 17 | | $75.00 | | | $87.50 | $0.07 | $96.62 |
| 61 | 11/15/15 | 14 | | | | | $87.50 | $0.40 | $97.02 |
| 62 | 11/15/15 | 0 | ($75.00) | | | | $12.50 | $0.00 | $22.02 |
| 63 | 12/1/15 | 16 | | $75.00 | | | $87.50 | $0.07 | $97.09 |
| 64 | 12/15/15 | 14 | | | | | $87.50 | $0.40 | $97.49 |
| 65 | 12/15/15 | 0 | ($75.00) | | | | $12.50 | $0.00 | $22.49 |
| 66 | 1/1/16 | 17 | | $75.00 | | | $87.50 | $0.07 | $97.56 |
| 67 | 2/1/16 | 31 | | $75.00 | | | $162.50 | $0.89 | $173.45 |
| 68 | 3/1/16 | 29 | | $100.00 | | | $262.50 | $1.55 | $275.00 |
| 69 | 4/1/16 | 31 | | $100.00 | | | $362.50 | $2.68 | $377.68 |
| 70 | 5/1/16 | 30 | | $100.00 | | | $462.50 | $3.58 | $481.25 |
| 71 | 6/1/16 | 31 | | $100.00 | | | $562.50 | $4.71 | $585.97 |
| 72 | 7/1/16 | 30 | | $129.60 | | | $692.10 | $5.55 | $721.11 |
| 73 | 7/1/16 | 0 | | $74.93 | | | $767.03 | $0.00 | $796.04 |
| 74 | 8/1/16 | 31 | | $129.60 | | | $896.63 | $7.82 | $933.46 |
| 75 | 8/1/16 | 0 | | $74.93 | | \2 | $971.56 | $0.00 | $1,008.39 |
| 76 | 8/30/16 | 29 | | | | | $971.56 | $9.26 | $1,017.65 |
| 77 | 8/30/16 | 0 | ($75.00) | | | | $896.56 | $0.00 | $942.65 |
| 78 | 9/1/16 | 2 | | $129.60 | | | $1,026.16 | $0.59 | $1,072.84 |
| 79 | 9/1/16 | 0 | | $74.93 | | \2 | $1,101.09 | $0.00 | $1,147.77 |
| 80 | 10/1/16 | 30 | | $129.60 | | | $1,230.69 | $10.86 | $1,288.23 |
| 81 | 10/1/16 | 0 | | $74.93 | | \2 | $1,305.62 | $0.00 | $1,363.16 |
| 82 | 10/3/16 | 2 | | | | | $1,305.62 | $0.86 | $1,364.02 |
| 83 | 10/3/16 | 0 | ($75.00) | | | | $1,230.62 | $0.00 | $1,289.02 |
| 84 | 11/1/16 | 29 | | $129.60 | | | $1,360.22 | $11.73 | $1,430.36 |
| 85 | 11/1/16 | 0 | | $74.93 | | \2 | $1,435.15 | $0.00 | $1,505.29 |
| 86 | 11/3/16 | 2 | | | | | $1,435.15 | $0.94 | $1,506.23 |
| 87 | 11/3/16 | 0 | ($75.00) | | | | $1,360.15 | $0.00 | $1,431.23 |
| 88 | 11/30/16 | 27 | | | $442.00 | | $1,802.15 | $12.07 | $1,885.30 |
| 89 | 12/1/16 | 1 | | $129.60 | | | $1,931.75 | $0.59 | $2,015.50 |
| 90 | 12/1/16 | 0 | | $74.93 | | \2 | $2,006.68 | $0.00 | $2,090.43 |
| 91 | 12/20/16 | 19 | | | | | $2,006.68 | $12.53 | $2,102.96 |
| 92 | 12/20/16 | 0 | ($200.00) | | | | $1,806.68 | $0.00 | $1,902.96 |
| 93 | 12/28/16 | 8 | | | | | $1,806.68 | $4.75 | $1,907.71 |
| 94 | 12/28/16 | 0 | ($1,662.28) | | | | $144.40 | $0.00 | $245.43 |
| 95 | 12/30/16 | 2 | | | $106.00 | | $250.40 | $0.09 | $351.53 |
| 96 | 1/1/17 | 2 | | $169.75 | | | $420.15 | $0.16 | $521.44 |
| 97 | 1/1/17 | 0 | | $49.95 | | \2 | $470.10 | $0.00 | $571.39 |
| 98 | 1/5/17 | 4 | | | | | $470.10 | $0.62 | $572.01 |
| 99 | | | | | | | | | |
| 100 | | | ($3,884.78) | $3,806.88 | $548.00 | | | $101.91 | |
| 101 | | | | | | | | | |
| 102 | | | | | Balance | | $470.10 | | $572.01 |
| 103 | | | | | Less fees/costs | | ($548.00) | | ($548.00) |
| 104 | | 1 | Transfer Fee | | Principal bal. | | ($77.90) | | $24.01 |
| 105 | | 2 | Special Assessment | | | | | | |
| 106 | | | | | | | FROM ABOVE | | 572.01 |
| 107 | | | | | | | | | |
| 108 | | | | Fees & Costs | $548.00 | | lien release recording | | 73.00 |
| 109 | | | | Less fil. Fee | | | cost | | |
| 110 | | | | Billed Svcs | ($73.00) | | | | |
| 111 | | | | Atty fees | $475.00 | | | | 645.01 |
| 112 | | | | | | | | | |