# EXHIBIT D

**P&M** Pody&McDonald, PLLC
1200 Fifth Avenue, Suite 1410, Seattle, WA 98101-3106
(206) 467-1559 ❏ fax (206) 467-4489 ❏ www.podymcdonaldlaw.com

Dean H. Pody        Patrick M. McDonald        Marisa A. Bender

February 9, 2017

Ioan I. & Nicoleta Soneriu
14520 - 16th Avenue W, #33-B
Lynnwood, WA 98087

Re: Greenbrooke II Condominium Association

Dear Mr. & Mrs. Soneriu:

    This will acknowledge receipt of your recent assessment payment of $260.00 on February 2, 2017. Thank you. However, there is a remaining balance of $344.78, which includes lien release recording fee, which must also be paid. Enclosed, for your review, is a copy of your updated homeowner assessment account ledger.

    Please be advised that the Association has recorded a lien against your property. The lien will only be released upon payment of the full, remaining balance owed.

    This letter pertains to collection of a debt and any information provided herein or obtained from you will be used for that purpose. I am acting as a debt collector for your Association.

Very truly yours,

*[signature]*

Pody & McDonald, PLLC

Enclosure

cc: Greenbrooke II Condominium Association

DATE: 2/08/17  TIME: 1:57 PM        **Greenbrooke II Condominium Association**                Page: 1

FINANCIAL TRANSACTIONS - 02/08/17

14520 16th Ave W # B  
Ioan I Soneriu  
Unit ID: 33  
STATUS: 40 - Attorney Action  
PREPAID BAL:   0.00

| DATE | PAYMT AMT | CHECK # | DEP DT | CODE | N/A | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 043016 | | INIT LIAB BAL | | A1 | | Assn Assessment | 362.50 | 362.50 |
| 050116 | | APPLY CHARGES | | A1 | | Assn Assessment | 100.00 | 462.50 |
| 060116 | | APPLY CHARGES | | A1 | | Assn Assessment | 100.00 | 562.50 |
| 070116 | | APPLY CHARGES | | A1 | | Assn Assessment | 129.60 | 692.10 |
| 070116 | | | | C1 | | Special Assess. | 74.93 | 767.03 |
| 080116 | | APPLY CHARGES | | A1 | | Assn Assessment | 129.60 | 896.63 |
| 080116 | | | | C1 | | Special Assess. | 74.93 | 971.56 |
| 083016 | 75.00 | 1496 | 083016 | C1 | | Special Assess. | (75.00) | 896.56 |
| 090116 | | APPLY CHARGES | | A1 | | Assn Assessment | 129.60 | 1026.16 |
| 090116 | | | | C1 | | Special Assess. | 74.93 | 1101.09 |
| 100116 | | APPLY CHARGES | | A1 | | Assn Assessment | 129.60 | 1230.69 |
| 100116 | | | | C1 | | Special Assess. | 74.93 | 1305.62 |
| 100316 | 75.00 | 1506 | 100316 | C1 | | Special Assess. | (75.00) | 1230.62 |
| 110116 | | APPLY CHARGES | | A1 | | Assn Assessment | 129.60 | 1360.22 |
| 110116 | | | | C1 | | Special Assess. | 74.93 | 1435.15 |
| 110316 | 75.00 | 1519 | 110316 | C1 | | Special Assess. | (75.00) | 1360.15 |
| 120116 | | APPLY CHARGES | | A1 | | Assn Assessment | 129.60 | 1489.75 |
| 120116 | | | | C1 | | Special Assess. | 74.93 | 1564.68 |
| 120216 | | EXPENSE ADJ | | 05 | | Attorney Fees | 442.00 | 2006.68 |
| 120216 | 11/30/16 Pody & McDonald, PLLC Invoice # 23887 | | | | | | | |
| 122716 | 200.00 | 1533 | 122716 | 05 | | Attorney Fees | (200.00) | 1806.68 |
| 010117 | | APPLY CHARGES | | A1 | | Assn Assessment | 169.75 | 1976.43 |
| 010117 | | | | C1 | | Special Assess. | 49.95 | 2026.38 |
| 010317 | 1662.28 | 2670 | 010317 | 05 | | Attorney Fees | (242.00) | 364.10 |
| 010317 | | | | C1 | | Special Assess. | (274.53) | |
| 010317 | | | | A1 | | Assn Assessment | (1145.75) | |
| 011117 | | EXPENSE ADJ | | 05 | | Attorney Fees | 106.00 | 470.10 |
| 011117 | 12/30/2016 Pody & McDonald Invoice #24200 | | | | | | | |
| 011717 | | APPLY LATE FEE | | 01 | | Late Fees | 35.00 | 505.10 |

DATE: 2/08/17 TIME: 1:57 PM  Greenbrooke II Condominium Association  Page: 2

FINANCIAL TRANSACTIONS - 02/08/17

14520 16th Ave W # B
Ioan I Soneriu
Unit ID: 33
STATUS: 40 - Attorney Action
PREPAID BAL: 0.00

| DATE | PAYMT AMT | CHECK # | DEP DT | CODE | N/A | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 011717 | | INTEREST | | 04 | | Interest | 4.98 | 510.08 |
| 013117 | 250.00 | 1546 | 013117 | 05 | | Attorney Fees | (106.00) | 260.08 |
| 013117 | | | | 04 | | Interest | (4.98) | |
| 013117 | | | | 01 | | Late Fees | (35.00) | |
| 013117 | | | | A1 | | Assn Assessment | (104.02) | |
| 020117 | | APPLY CHARGES | | A1 | | Assn Assessment | 169.75 | 429.83 |
| 020117 | | | | C1 | | Special Assess. | 49.95 | 479.78 |
| 020717 | 260.00 | 1552 | 020717 | C1 | | Special Assess. | (49.95) | 219.78 |
| 020717 | | | | A1 | | Assn Assessment | (210.05) | |

*Handwritten:*
January legal       26.00
est. February legal  26.00
Lien release recording cost  73.00
                    $344.78