# EXHIBIT E

**P&M** Pody&McDonald, PLLC
1200 Fifth Avenue, Suite 1410, Seattle, WA 98101-3106
(206) 467–1559 ❏ fax (206) 467-4489 ❏ www.podymcdonaldlaw.com

*Dean H. Pody*        *Patrick M. McDonald*        *Marisa A. Bender*

February 24, 2017

Ioan I. & Nicoleta Soneriu
14520 - 16th Avenue W, #33-B
Lynnwood, WA 98087

           Re: Greenbrooke II Condominium Association

Dear Mr. Soneriu:

     As you know, your account was forwarded to our office for collection. Therefore, please direct all communication regarding your account directly to our office. Please disregard any payoff information you may have received from Yalnes, Inc., as it was sent in error.

     Enclosed for your review is a copy of the updated account ledger upon which this collection action is proceeding. As shown on the enclosed ledger, your account has an outstanding balance in the amount of $545.54 through February 22, 2017. This amount includes a county fee of $73.00 to record a release of lien.

     This letter pertains to collection of a debt and any information provided herein or obtained from you will be used for that purpose. I am acting as a debt collector for your Association.

                             Very truly yours,

                             *Patrick M. McDonald*

                             Pody & McDonald, PLLC

Enclosure

cc: Greenbrooke II Condominium Association

**Greenbrooke II #33/Soneriu**
account

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | date | days | pymt rec'd | charges | atty fees/ costs | | balance | Interest @12% | total |
| 3 | 5/28/13 | | | $310.00 | | \1 | $310.00 | $0.00 | $310.00 |
| 4 | 5/28/13 | 0 | | | | | $310.00 | $0.00 | $310.00 |
| 5 | 5/28/13 | 0 | ($297.50) | | | | $12.50 | $0.00 | $12.50 |
| 6 | 5/1/14 | 338 | | $75.00 | | | $87.50 | $1.39 | $88.89 |
| 7 | 5/14/14 | 13 | | | | | $87.50 | $0.37 | $89.26 |
| 8 | 5/14/14 | 0 | ($75.00) | | | | $12.50 | $0.00 | $14.26 |
| 9 | 6/1/14 | 18 | | $75.00 | | | $87.50 | $0.07 | $89.34 |
| 10 | 6/10/14 | 9 | | | | | $87.50 | $0.26 | $89.60 |
| 11 | 6/10/14 | 0 | ($75.00) | | | | $12.50 | $0.00 | $14.60 |
| 12 | 7/7/14 | 27 | | $75.00 | | | $87.50 | $0.11 | $89.71 |
| 13 | 7/14/14 | 7 | | | | | $87.50 | $0.20 | $89.91 |
| 14 | 7/14/14 | 0 | ($75.00) | | | | $12.50 | $0.00 | $14.91 |
| 15 | 8/4/14 | 21 | | $75.00 | | | $87.50 | $0.09 | $89.99 |
| 16 | 8/14/14 | 10 | | | | | $87.50 | $0.29 | $90.28 |
| 17 | 8/14/14 | 0 | ($75.00) | | | | $12.50 | $0.00 | $15.28 |
| 18 | 9/8/14 | 25 | | $75.00 | | | $87.50 | $0.10 | $90.38 |
| 19 | 9/14/14 | 6 | | | | | $87.50 | $0.17 | $90.56 |
| 20 | 9/14/14 | 0 | ($75.00) | | | | $12.50 | $0.00 | $15.56 |
| 21 | 10/1/14 | 17 | | $75.00 | | | $87.50 | $0.07 | $90.63 |
| 22 | 10/14/14 | 13 | | | | | $87.50 | $0.37 | $91.00 |
| 23 | 10/14/14 | 0 | ($75.00) | | | | $12.50 | $0.00 | $16.00 |
| 24 | 11/2/14 | 19 | | $75.00 | | | $87.50 | $0.08 | $91.08 |
| 25 | 11/14/14 | 12 | | | | | $87.50 | $0.35 | $91.42 |
| 26 | 11/14/14 | 0 | ($75.00) | | | | $12.50 | $0.00 | $16.42 |
| 27 | 12/2/14 | 18 | | $75.00 | | | $87.50 | $0.07 | $91.50 |
| 28 | 12/14/14 | 12 | | | | | $87.50 | $0.35 | $91.84 |
| 29 | 12/14/14 | 0 | ($75.00) | | | | $12.50 | $0.00 | $16.84 |
| 30 | 1/1/15 | 18 | | $75.00 | | | $87.50 | $0.07 | $91.92 |
| 31 | 1/15/15 | 14 | | | | | $87.50 | $0.40 | $92.32 |
| 32 | 1/15/15 | 0 | ($75.00) | | | | $12.50 | $0.00 | $17.32 |
| 33 | 2/1/15 | 17 | | $75.00 | | | $87.50 | $0.07 | $92.39 |
| 34 | 2/15/15 | 14 | | | | | $87.50 | $0.40 | $92.79 |
| 35 | 2/15/15 | 0 | ($75.00) | | | | $12.50 | $0.00 | $17.79 |
| 36 | 3/1/15 | 14 | | $75.00 | | | $87.50 | $0.06 | $92.85 |
| 37 | 3/15/15 | 14 | | | | | $87.50 | $0.40 | $93.25 |
| 38 | 3/15/15 | 0 | ($75.00) | | | | $12.50 | $0.00 | $18.25 |
| 39 | 4/1/15 | 17 | | $75.00 | | | $87.50 | $0.07 | $93.32 |
| 40 | 4/15/15 | 14 | | | | | $87.50 | $0.40 | $93.73 |
| 41 | 4/15/15 | 0 | ($75.00) | | | | $12.50 | $0.00 | $18.73 |
| 42 | 5/1/15 | 16 | | $75.00 | | | $87.50 | $0.07 | $93.79 |
| 43 | 5/15/15 | 14 | | | | | $87.50 | $0.40 | $94.19 |
| 44 | 5/15/15 | 0 | ($75.00) | | | | $12.50 | $0.00 | $19.19 |
| 45 | 6/1/15 | 17 | | $75.00 | | | $87.50 | $0.07 | $94.26 |
| 46 | 6/15/15 | 14 | | | | | $87.50 | $0.40 | $94.67 |
| 47 | 6/15/15 | 0 | ($75.00) | | | | $12.50 | $0.00 | $19.67 |
| 48 | 7/1/15 | 16 | | $75.00 | | | $87.50 | $0.07 | $94.73 |
| 49 | 7/15/15 | 14 | | | | | $87.50 | $0.40 | $95.14 |
| 50 | 7/15/15 | 0 | ($75.00) | | | | $12.50 | $0.00 | $20.14 |
| 51 | 8/1/15 | 17 | | $75.00 | | | $87.50 | $0.07 | $95.21 |
| 52 | 8/15/15 | 14 | | | | | $87.50 | $0.40 | $95.61 |
| 53 | 8/15/15 | 0 | ($75.00) | | | | $12.50 | $0.00 | $20.61 |
| 54 | 9/1/15 | 17 | | $75.00 | | | $87.50 | $0.07 | $95.68 |
| 55 | 9/15/15 | 14 | | | | | $87.50 | $0.40 | $96.08 |
| 56 | 9/15/15 | 0 | ($75.00) | | | | $12.50 | $0.00 | $21.08 |
| 57 | 10/1/15 | 16 | | $75.00 | | | $87.50 | $0.07 | $96.15 |
| 58 | 10/15/15 | 14 | | | | | $87.50 | $0.40 | $96.55 |
| 59 | 10/15/15 | 0 | ($75.00) | | | | $12.50 | $0.00 | $21.55 |
| 60 | 11/1/15 | 17 | | $75.00 | | | $87.50 | $0.07 | $96.62 |
| 61 | 11/15/15 | 14 | | | | | $87.50 | $0.40 | $97.02 |

Greenbrooke II #33/Soneriu
account

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 62 | 11/15/15 | 0 | ($75.00) | | | | $12.50 | $0.00 | $22.02 |
| 63 | 12/1/15 | 16 | | $75.00 | | | $87.50 | $0.07 | $97.09 |
| 64 | 12/15/15 | 14 | | | | | $87.50 | $0.40 | $97.49 |
| 65 | 12/15/15 | 0 | ($75.00) | | | | $12.50 | $0.00 | $22.49 |
| 66 | 1/1/16 | 17 | | $75.00 | | | $87.50 | $0.07 | $97.56 |
| 67 | 2/1/16 | 31 | | $75.00 | | | $162.50 | $0.89 | $173.45 |
| 68 | 3/1/16 | 29 | | $100.00 | | | $262.50 | $1.55 | $275.00 |
| 69 | 4/1/16 | 31 | | $100.00 | | | $362.50 | $2.68 | $377.68 |
| 70 | 5/1/16 | 30 | | $100.00 | | | $462.50 | $3.58 | $481.25 |
| 71 | 6/1/16 | 31 | | $100.00 | | | $562.50 | $4.71 | $585.97 |
| 72 | 7/1/16 | 30 | | $129.60 | | | $692.10 | $5.55 | $721.11 |
| 73 | 7/1/16 | 0 | | $74.93 | | | $767.03 | $0.00 | $796.04 |
| 74 | 8/1/16 | 31 | | $129.60 | | | $896.63 | $7.82 | $933.46 |
| 75 | 8/1/16 | 0 | | $74.93 | | \2 | $971.56 | $0.00 | $1,008.39 |
| 76 | 8/30/16 | 29 | | | | | $971.56 | $9.26 | $1,017.65 |
| 77 | 8/30/16 | 0 | ($75.00) | | | | $896.56 | $0.00 | $942.65 |
| 78 | 9/1/16 | 2 | | $129.60 | | | $1,026.16 | $0.59 | $1,072.84 |
| 79 | 9/1/16 | 0 | | $74.93 | | \2 | $1,101.09 | $0.00 | $1,147.77 |
| 80 | 10/1/16 | 30 | | $129.60 | | | $1,230.69 | $10.86 | $1,288.23 |
| 81 | 10/1/16 | 0 | | $74.93 | | \2 | $1,305.62 | $0.00 | $1,363.16 |
| 82 | 10/3/16 | 2 | | | | | $1,305.62 | $0.86 | $1,364.02 |
| 83 | 10/3/16 | 0 | ($75.00) | | | | $1,230.62 | $0.00 | $1,289.02 |
| 84 | 11/1/16 | 29 | | $129.60 | | | $1,360.22 | $11.73 | $1,430.36 |
| 85 | 11/1/16 | 0 | | $74.93 | | \2 | $1,435.15 | $0.00 | $1,505.29 |
| 86 | 11/3/16 | 2 | | | | | $1,435.15 | $0.94 | $1,506.23 |
| 87 | 11/3/16 | 0 | ($75.00) | | | | $1,360.15 | $0.00 | $1,431.23 |
| 88 | 11/30/16 | 27 | | | $442.00 | | $1,802.15 | $12.07 | $1,885.30 |
| 89 | 12/1/16 | 1 | | $129.60 | | | $1,931.75 | $0.59 | $2,015.50 |
| 90 | 12/1/16 | 0 | | $74.93 | | \2 | $2,006.68 | $0.00 | $2,090.43 |
| 91 | 12/20/16 | 19 | | | | | $2,006.68 | $12.53 | $2,102.96 |
| 92 | 12/20/16 | 0 | ($200.00) | | | | $1,806.68 | $0.00 | $1,902.96 |
| 93 | 12/28/16 | 8 | | | | | $1,806.68 | $4.75 | $1,907.71 |
| 94 | 12/28/16 | 0 | ($1,662.28) | | | | $144.40 | $0.00 | $245.43 |
| 95 | 12/30/16 | 2 | | | $106.00 | | $250.40 | $0.09 | $351.53 |
| 96 | 1/1/17 | 2 | | $169.75 | | | $420.15 | $0.16 | $521.44 |
| 97 | 1/1/17 | 0 | | $49.95 | | \2 | $470.10 | $0.00 | $571.39 |
| 98 | 1/17/17 | 16 | | $35.00 | | \3 | $505.10 | $2.47 | $608.86 |
| 99 | 1/17/17 | 0 | | ($35.00) | | \4 | $470.10 | $0.00 | $573.86 |
| 100 | 1/27/17 | 10 | | | | | $470.10 | $1.55 | $575.41 |
| 101 | 1/27/17 | 0 | ($250.00) | | | | $220.10 | $0.00 | $325.41 |
| 102 | 1/31/17 | 4 | | | $26.00 | | $246.10 | $0.29 | $351.70 |
| 103 | 2/1/17 | 1 | | $169.75 | | | $415.85 | $0.08 | $521.53 |
| 104 | 2/1/17 | 0 | | $49.95 | | \2 | $465.80 | $0.00 | $571.48 |
| 105 | 2/2/17 | 1 | | | | | $465.80 | $0.15 | $571.63 |
| 106 | 2/2/17 | 0 | ($260.00) | | | | $205.80 | $0.00 | $311.63 |
| 107 | 2/17/17 | 15 | | $35.00 | | \3 | $240.80 | $1.01 | $347.65 |
| 108 | 2/22/17 | 5 | | | | | $240.80 | $0.40 | $348.04 |
| 109 | | | | | | | | | |
| 110 | | | ($4,394.78) | $4,061.58 | $574.00 | | | $107.24 | |
| 111 | | | | | | | | | |
| 112 | | | | | Balance | | $240.80 | | $348.04 |
| 113 | | | | | Less fees/costs | | ($574.00) | | ($574.00) |
| 114 | | 1 | Transfer Fee | | Principal bal. | | ($333.20) | | ($225.96) |
| 115 | | 2 | Special Assessment | | | | | | |
| 116 | | 3 | Late Fee | | | | from above | | $348.04 |
| 117 | | 4 | Waived Late Fee | | | | Recording fee | | $73.00 |
| 118 | | | | Fees & Costs | $574.00 | | Est. Feb. Legal | | $124.50 |
| 119 | | | | Less fil. Fee | | | | | |
| 120 | | | | Billed Svcs | ($73.00) | | | | $545.54 |
| 121 | | | | Atty fees | $501.00 | | | | |
| 122 | | | | | | | | | |