EXHIBIT G



**Pody&McDonald, PLLC**
1200 Fifth Avenue, Suite 1410, Seattle, WA 98101-3106
(206) 467-1559 ❏ fax (206) 467-4489 ❏ www.podymcdonaldlaw.com

Dean H. Pody        Patrick M. McDonald        Marissa A. Bender

March 21, 2017

Ioan I. & Nicoleta Soneriu
14520 - 16th Avenue W, #33-B
Lynnwood, WA 98087

Re: Greenbrooke II Condominium Association

Dear Mr. & Mrs. Soneriu:

This will acknowledge the receipt of your payment in the amount of $296.55. Thank you. Your account is now paid in full through March 2017. Enclosed for your review is a copy of your updated ledger showing the calculation of the balance. Our office will release the lien upon verification that the check has cleared the bank and close our file. Future payments should be sent directly to Yalnes, Inc.

This letter pertains to collection of a debt and any information provided herein or obtained from you will be used for that purpose. I am acting as a debt collector for your Association.

Very truly yours,

Pody & McDonald, PLLC

cc: Greenbrooke II Condominium Association