# EXHIBIT H



### GREENBROOKE II
CONDOMINIUM



## Welcome to our Community!

On behalf of the Board of Directors, welcome to our community website! Feel free to explore the many features available on the site.

The purpose of the web site is to improve communications within the community and allow residents to quickly and easily find information about the happenings in our community.

Be sure to review the **Account Info** Widget just to the right which contains current account balance and last payment information. These account details are updated daily to ensure homeowners have access to the most up to date account information from their management company.

### Search Website

### Account Info
Account Balance $667.28
As of 03/21/2017
Last Payment $260.00
on 02/01/2017 with Check #
1552

[view account history]

### User Profile
Ioan I Soneriu

[edit profile] [switch user]



### LIVE RIGHT, LIVE WELL

### What's New
New Announcements (1)
New Documents (1)

Check here to see What's New since your last visit

14   Days   Update


**Grilled Tuna with Zesty Tropical-Fruit Salsa**
Vitamin-rich tropical-fruit salsa is a fresh and flavorful accompaniment.


**9 Best Apps for Heartburn Sufferers**
Turn your smartphone into your personalized heartburn management tool with...


**Grilled Moroccan Salmon With Spiced Yogurt Sauce**
Rich in heart-healthy omega-3 oils, this sweet-and-spicy grilled salmon...


**Take Charge of Your Health!**
Make the most of all modern medicine has to offer by being an active...

### HOME SWEET SOLUTIONS