Hon. James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NICOLETA SONERIU AND IOAN I. SONERIU, husband and wife and the marital community thereof,<br><br>Plaintiffs,<br><br>vs.<br><br>YALNES, INC.; SERGEY A. PETROV; PODY & MCDONALD, PLLC; PATRICK M. MCDONALD; DEAN H. PODY; and JOHN DOES 1-20,<br><br>Defendants. | No. 2:17-cv-00928-JLR<br><br>ORDER ON JOINT MOTION TO DISMISS WITH PREJUDICE<br><br>[~~PROPOSED~~] |

THIS MATTER, having come before the Court on the Parties' Joint Motion to Dismiss, (Dkt. #17) the Court having reviewed the Parties' Joint Motion to Dismiss, other records and files herein, and the applicable legal authority; and the Court being fully advised in the premises, now, therefore, it is HEREBY ORDERED that the Parties' Joint Motion to Dismiss is hereby GRANTED. All claims alleged in Plaintiffs' Complaint are hereby dismissed with prejudice as to all Defendants, and the above-captioned case is hereby closed.

ENTERED this 21st day of September, 2017.

Hon. James L. Robart
U.S. District Court Judge

ORDER ON JOINT MOTION TO DISMISS WITH PREJUDICE - 1
2:17-cv-00928-JLR
6181180.doc

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944